PEOPLE v. HOENIG.

(Supreme Court, Special Term, New York County.   February 23, 1904.)

1. LIQUOR TAX LAW—VIOLATION BY AGENT—SECOND PROSECUTION—INDICT-MENT.

Liquor Tax Law, § 34, subd. 3 (Laws 1896, p. 76, c. 112), provides that if there shall be two convictions of the clerks, agents, etc., of a holder of a liquor tax certificate, for violation of the act, the certificate shall be forfeited, and the principal deprived of all rights thereunder. *Held*, that a second prosecution of an agent should be by indictment.

C. V. Hoenig was prosecuted for a violation of the liquor tax law. Motion for a direction that the charge be prosecuted by indictment. Granted.

BISCHOFF, J.   The fact that there has been one conviction of an agent or servant of the certificate holder heretofore involves the loss by the latter of his privileges under the certificate should this prosecution result in a conviction (Liquor Tax Law, § 34, subd. 3, Laws 1896, p. 76, c. 112).   Therefore the reasons which justify an application for a direction that the charge be prosecuted by indictment, in the case of the certificate holder personally, apply to such a case as this.

Motion granted